**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       )<br>         Plaintiff,             )<br>                                 )<br>vs.                              )<br>                                 )<br>                                 )<br>                                 )<br>Jay Curtis Willie,               )<br>         Defendant.              )<br>_____) | 15-04077PO-001-PCT-JAB<br><br>**ORDER** |

      The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and detention hearing was held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his/her supervised probation as set forth in allegations of the petition.

      IT IS ORDERED that the defendant shall be released from custody from federal custody.

      IT IS FURTHER ORDERED that the defendant is released on previously ordered probation conditions.

      DATED this 18th day of December, 2015.

_____
David K. Duncan
United States Magistrate Judge